**CLEAR WITH COMPUTERS LLC, Plaintiff–Appellant**

v.

**ALTEC INDUSTRIES INC., Bad Boy Mowers Inc., Bad Boy Inc., The Men's Wearhouse, Inc., Volvo Construction Equipment North America LLC, Defendants–Appellees.**

Nos. 2015–1525, 2015–1526, 2015–1527, 2015–1528.

United States Court of Appeals, Federal Circuit.

Feb. 9, 2016.

John J. Edmonds, Collins, Edmonds, Pogorzelski, Schlather & Tower PLLC, Houston, TX, argued for plaintiff-appellant. Also represented by Shea Neal Palavan; Andrew W. Spangler, Spangler Law PC, Longview, TX.

Jennifer H. Doan, Haltom & Doan, Texarkana, TX, argued for all defendants-appellees. Defendant-appellee Altec Industries Inc. also represented by Christy Hawkins, Joshua R. Thane.

Kevin M. Lemley, Lemley Law Firm, Bryant, AR, for defendants-appellees Bad Boy Mowers Inc., Bad Boy Inc.

Jeffrey K. Joyner, Greenberg Traurig LLP, Los Angeles, CA, for defendant-appellee, The Men's Wear-house, Inc.

Neil J. McNabnay, Fish & Richardson P.C., Dallas, TX, for defendant-appellee Volvo Construction Equipment North America LLC. Also represented by Michael A. Bittner; John Wesley Samples, Washington, DC.

MOORE, TARANTO, and HUGHES, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**